# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHARLTON A. WATSON, | ) |
| Petitioner, | ) |
| v. | ) No. 4:11CV1129 MLM |
| STATE OF MISSOURI, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is defective because it has not been filed on a court-provided form. L.R. 2.06(A).[1] Furthermore, petitioner has failed to properly initiate this case because he has neither paid the $5 filing fee nor submitted a motion to proceed in forma pauperis. See 28 U.S.C. § 1914; 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than thirty (30) days from the date of this Order, petitioner shall either pay the $5 filing fee or submit a motion to proceed in forma paupers.

---

[1] The petition is also defective because it is unsigned. Fed. R. Civ. P. 11. However, the Court will not direct petitioner to sign the petition because petitioner must file an amended petition. The amended petition must be signed by petitioner under penalty of perjury.

**IT IS FURTHER ORDERED** that petitioner must file an amended petition on the Court-provided form. Petitioner must name as respondent both the Attorney General for the State of Missouri and the Warden for the institution in which he is confined.

**IT IS FURTHER ORDERED** that the Clerk shall mail to petitioner (1) a copy of the Court's form motion to proceed in forma pauperis – habeas cases and (2) a copy of the Court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, this action may be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated this 11th day of July, 2011.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE